

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 204TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 24th day of November, 2014, the cause on appeal to affirm between

JOVANY ALBA, Appellant

No. 05-14-00020-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-51275-Q.
Opinion delivered by Justice Evans, Justices Francis and Stoddart participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of February, 2015.



_____
LISA MATZ, Clerk